| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tunheim, John R | District of Minnesota | 08/12/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial    ⦿ Annual    ◯ Final | 6. Reporting Period<br><br>01/01/2004<br>to<br>12/31/2004 |

| 7. Chambers or Office Address<br><br>13E United States Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Council Member | Govt & Public Sector Lawyers Division, American Bar Association |
| 2. Director | Norwegian-American Historical Association (nonprofit organization) |
| 3. Director | St. Croix Valley Community Foundation (nonprofit organization) |
| 4. Director | Federal Judges Association |
| 5. Director | American Judicature Society |
| 6. Director | Federal Bar Association, Minnesota Chapter |
| 7. Director | America's Child (nonprofit organization) |
| 8. Director | America's Child Minnesota (nonprofit organization) |
| 9. Advisor | Central European and Eurasian Law Initiative, American Bar Association |
| 10. Liaison | Advisory Committee to the Standing Committee on Election Law, American Bar Association |
| 11. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE 2005 AUG 17 A 11: 10 RECEIVED

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Tunheim, John R | 08/12/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Tunheim Partners, Minneapolis, MN |
| 2. | 2004 | Bush Foundation, St. Paul, MN (Director Compensation) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | National Association of Attorneys General | 5/18/04 (Washington, DC) transportation and lodging and food to speak at meeting of Chief Deputy Attorneys General. |
| 2. | American Bar Association, Government and Public Sector Lawyers Division | 2/6/04 - 2/8/04 (San Antonio, TX) transportation and lodging for council meeting. |
| 3. | American Conference Institute | 3/8/04 - 3/9/04 (San Francisco, CA) 12/13/04 - 12/14/04 (NY) transportation, lodging and food to speak at continuing legal education seminar |
| 4. | American Judicature Society | 4/5/04 - 4/7/04 (Washington, DC) transportation, lodging and food to participate in Devitt Award selection process. |
| 5. | United States Air Force | 4/26/04 - 4/27/04 (Washington, DC) lodging, transportation, and food to participate in discussion of legal issues |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R | 08/12/2005 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE    - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 6. | Concordia College, Moorhead, MN | 5/1/04 - 5/2/04 (Moorhead, MN) transportation, lodging and food to speak at college commencement. |
| 7. | Federal Judges Association | 5/15/04 - 5/17/04 (Arlington, VA) transportation, lodging and food to participate in meeting of Board of Directors |
| 8. | American Bar Association, Central European and Eurasian Law Initiative | 5/17/04, 11/3/04 (Washington, DC) transportation and lodging to participate in meetings of Board of Advisors |
| 9. | Federal Circuit Bar Association | 5/25/04 - 5/28/04 (Colorado Springs, CO) transportation, lodging and food to participate in Federal Circuit Judicial Conference |
| 10. | Concordia College, Moorhead, MN | 10/7/04 - 10/10/04 (Moorhead, MN) transportation, lodging and food to participate in Homecoming and receive Alumni Achievement Award |
| 11. | Pace University | 12/8/04 (White Plains, NY) transportation to speak at Judiciary and Environment Law Conference. |
| 12. | George Mason University Law School Law and Economics Center | 9/30/04 - 10/3/04 (San Diego, CA) transportation, food and lodging to participate in seminar |
| 13. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Minneapolis Club | Honorary Membership (est. dues) | $4,200 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Excel Bank - Minneapolis MN | Working Capital Line of Credit for Tunheim Partners | N |

# FINANCIAL DISCLOSURE REPORT
## Page 1 of 4

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R | 08/12/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Hiway Federal Credit Union. St. Paul, MN (Bank Accts) | A | Interest | J | T | | | | | |
| 2. Schwab One Money Market Account | A | Interest | M | T | BUY | var | N | | |
| 3. | | | | | PAR SELL | var | M | | |
| 4. State of Minnesota Deferred Compensation Account | | None | J | T | | | | | |
| 5. Honeywell Retirement Benefit Plan | | None | K | T | | | | | |
| 6. Tunheim Partners Co. 401(k) Fidelity Advisors Ltd Term (form | | None | L | T | | | | | |
| 7. Atlas Energy for the Nineties Public Officer #4 | A | Distribution | J | T | | | | | |
| 8. Cisco Systems Inc. Stock * | | None | J | T | | | | | |
| 9. Intel Corp. Stock * | A | Dividend | J | T | | | | | |
| 10. Nokia Corp. Stock * | | None | | | SELL | 3/04 | J | B | |
| 11. Schwab Money Market Fund * | A | Interest | J | T | | | | | |
| 12. Wells Fargo Bank | B | Interest | K | T | | | | | |
| 13. Pine City General Obligation Municipal Bonds | A | Dividend | K | T | | | | | |
| 14. Hennepin County MN Lease Municipal Bonds | B | Dividend | K | T | | | | | |
| 15. Minnesota Pub Facs Municipal Bonds | A | Dividend | | | SELL | 4/22 | K | | |
| 16. Pine City General Obligation Bonds | B | Dividend | K | T | | | | | |
| 17. Jordan General Obligation Bonds | A | Dividend | | | SELL | 4/22 | K | | |
| 18. Rosemount General Obligation Municipal Bonds | B | Dividend | | | SELL | 4/22 | K | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R | 08/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Medtronic * | A | Dividend | J | T | | | | | |
| 20. Diamonds Trust Series I * | A | Dividend | J | T | | | | | |
| 21. Check Point Software Technologies * | | None | J | T | BUY | 3/31 | J | | |
| 22. Check Point Softward Technologies* | | None | | | SELL | 4/6 | J | A | |
| 23. Calamos Convertible Growth & Income Mutual Fund | A | Dividend | | | SELL | 9/30 | K | A | |
| 24. Clipper Mutual Fund* | | None | | | SELL | 3/02 | J | A | |
| 25. Longleaf Partners Small-Cap Mutual Fund | | None | | | SELL | 4/26 | L | A | |
| 26. Vanguard Health Care Mutual Fund | A | Distribution | | | SELL | 9/30 | K | A | |
| 27. IBM Common Stock * | A | Dividend | | | SELL | 12/23 | J | A | |
| 28. Lockheed Martin Common Stock * | A | Dividend | | | SELL | 3/26 | J | | |
| 29. MCG Capital Common Stock * | A | Dividend | | | SELL | 4/6 | J | A | |
| 30. Select Comfort Common Stock * | | None | | | SELL | 4/6 | J | A | |
| 31. Worldwide Restaurant Concept Common Stock * | | None | | | SELL | 4/6 | J | | |
| 32. Clipper Mutual Fund | | None | | | SELL | 6/24 | K | | |
| 33. Longleaf Partners Small-Cap * | B | Distribution | J | T | BUY | 12/23 | J | A | |
| 34. Finisar Corp * | | | | | SELL | 4/6 | J | | |
| 35. Lucent Technologies * | | None | | | BUY | 3/5 | J | | |
| 36. | | | | | SELL | 4/6 | J | B | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R | 08/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Marathon Oil * | A | Dividend | | | SELL | 12/19 | J | | |
| 38. Matthews Asian Growth & Income Mutual Fund * | A | Dividend | J | T | BUY | 12/23 | J | | |
| 39. Qualcomm * | A | Distribution | | | SELL | 12/23 | J | B | |
| 40. Rockwell Automatn * | A | Distribution | | | SELL | 4/6 | J | | |
| 41. First Eagle Sogen Overseas A Mutual Fund | | None | | | SELL | 6/24 | K | B | |
| 42. Rydex Juno Mutual Fund | | None | | | SELL | 4/22 | L | | |
| 43. American Balanced Fund - All Cap Blend | C | Dividend | M | T | BUY | 4/22 | K | | |
| 44. | | | | | BUY | 4/26 | L | | |
| 45. Dodge & Cox Balanced Large Cap Fund | D | Dividend | M | T | BUY | 4/22 | K | | |
| 46. | | | | | BUY | 4/26 | K | | |
| 47. Biogen Idec Common Stock* | | None | | | BUY | 3/8 | J | | |
| 48. | | | | | SELL | 4/6 | J | | |
| 49. Ebay Common Stock* | | None | | | BUY | 3/5 | J | | |
| 50. | | | | | SELL | 4/6 | J | A | |
| 51. General Electric Common Stock* | | None | J | T | BUY | 3/5 | J | A | |
| 52. | | | | | SELL | 10/1 | J | A | |
| 53. Motorola Common Stock* | A | Dividend | | | BUY | 3/26 | J | | |
| 54. | | | | | SELL | 4/6 | J | A | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R | 08/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. S & P 500 (Index Based Fund)* | | None | J | T | BUY | 4/12 | J | | |
| 56. iShares Trust S&P Midcap Fund* | | None | J | T | BUY | 4/12 | J | | |
| 57. iShares Trust S&P Smallcap Fund* | | None | K | T | BUY | 4/12 | K | | |
| 58. Schwab Money Market Fund* | A | Interest | J | T | BUY | var | J | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Tunheim, John R | 08/12/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Tunheim, John R | Date of Report<br><br>08/12/2005 |
| --- | --- | --- |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature         Date  8/12/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544